**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1244**

_____

UMAR ADEYOLA,

        Plaintiff - Appellant,

    v.

DR. EDAVALLY REDDY; JENNIFER ADKINS; MS. BUNN; UNITED STATES
OF AMERICA,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03008-FL)

_____

Submitted:  July 21, 2026                     Decided:  August 5, 2026

_____

Before THACKER and HEYTENS, Circuit Judges, KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Umar Adeyola, Appellant Pro Se.  Steven Andrew Bader, Raleigh, North Carolina, Jake
William Stewart, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Umar Adeyola appeals the district court's order denying relief on his amended complaint filed pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-80, and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).[*] We have reviewed the record and find no reversible error. Particularly, the district court did not err in determining that Adeyola's Eighth Amendment claims presented a new *Bivens* context and in declining to extend the *Bivens* remedy to his claims. Accordingly, we affirm the district court's judgment. *Adeyola v. Reddy*, No. 5:22-ct-03008-FL (E.D.N.C. Feb. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Adeyola has filed a motion to place this case in abeyance. We deny that motion.